In the Matter of the Claim of JACOB STRAUSS, Appellant, against J. S. & W. GARAGE, INC., and BUTCHERS MUTUAL CASUALTY CO., Respondents. STATE INDUSTRIAL BOARD. Respondent.— Appeal by the claimant from a decision of the State Industrial Board, denying an award. The claimant contends that he suffered from heart trouble immediately after the accident, by aggravating a previous heart pathology. He claims also that his testimony must be accepted by the referee because it is uncontradicted. The proof amply supports the finding of the Board that there was no causal relation, and claimant's testimony was contradicted. Decision unanimously affirmed. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of MARY E. Fox and Others, Respondents, against MAXFIELD'S WINE CELLARS, INC., and GLOBE INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of disability compensation and death benefits made under the Workmen's Compensation Law. It has been found below that decedent was injured by being struck in the abdomen by a plow handle causing a perforation of an ulcer of the duodenum resulting in death. The question is whether the evidence sustains the finding of an accident. Decedent's son, who was plowing about forty feet behind his father found him lying on the ground at the end of a furrow suffering from a pain in the side. They had been working on a stony side hill. Decedent on different occasions stated that the plow handle struck him in the stomach. The attending circumstances, including the sudden onset, the employer's first report of injury, the attending physician's report, the proof of death, all corroborate the hearsay statements. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.